IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**JAYLENE CHURCHWELL,**

  Plaintiff,              No. 1:17-cv-01980-CL

  v.                  **ORDER**

**RAY KLEIN, INC.,**

  Defendant.
_____

McSHANE, District Judge.

  Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, ECF No. 33, concerning Defendant's Motion for Summary Judgment, ECF No. 21, and Plaintiff's Motion to for Partial Summary Judgment, ECF No. 24, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Although no objections have been filed, this Court reviews the legal principles *de novo*. *See Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir. 1983).

  The Court has given this matter *de novo* review and finds no error. Accordingly, the Court ADOPTS the Report and Recommendation. Defendant's Motion for Summary Judgment, ECF No. 21, is GRANTED and Plaintiff's Motion for Partial Summary Judgment, ECF No. 24 is DENIED. Final judgment shall be entered accordingly.

  It is so ORDERED and DATED this __6th__ day of August, 2019.

                   s/Michael J. McShane
                   MICHAEL McSHANE
                   United States District Judge